STANDARD FINANCE CO. v. HOLLINS.

(Supreme Court, Appellate Division, First Department. May 29, 1908.)

APPEAL AND ERROR—APPEALABLE ORDER—STRIKING CASE FROM CALENDAR.
The division of court calendars is for the convenience of the court in the proper dispatch of business, and the placing of a case on a particular calendar affects no substantial right; and hence an order denying a motion to strike it from the calendar is not appealable.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 2, Appeal and Error, § 633.]

Appeal from Special Term.

Action by the Standard Finance Company against Frank C. Hollins. From an order denying a motion to strike the case from calendar No. 3, defendant appeals. Dismissed.

Argued before INGRAHAM, McLAUGHLIN, HOUGHTON, CLARKE, and SCOTT, JJ.

P. S. Russell, for appellant.

I. E. Ziegler, for respondent.

PER CURIAM. The division of the calendars of the court is for the convenience of the court in the proper dispatch of business. The question as to the calendar on which a case shall be placed affects no substantial right, and for that reason the order is not appealable.

The appeal must therefore be dismissed, with $10 costs and disbursements.